UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  3:12-cr-0022-RLY-MPB |
| | ) | |
| ROBERT KESTER, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On October 18, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 21, 2022.  [Dkt. 64.]  Defendant Kester appeared in person with his appointed counsel Joseph Cleary.  The government appeared by Jayson McGrath, Assistant United States Attorney.  U.S. Parole and Probation appeared by Officer Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Kester of his rights and ensured he had a copy of the Petition.  Defendant Kester knowingly and voluntarily waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Kester admitted in part violation no. 1 as set forth in the Petition.  [Dkt. 64.]  Government orally moved to withdraw the remaining violations, which motion was granted by the Court; violation no. 2 dismissed.

3.      The allegation to which Defendant admitted in part, as set forth in the Petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|

1     **"The defendant shall not commit another federal, state, or local crime."**

     On June 12, 2022, Robert Kester was arrested in Posey County, Indiana for . . . Public Indecency (Misdemeanor), . . . in cause number 65C01-2206-F5-000337.

4.    The Court finds that:

     (a)    The highest grade of violation is a Grade B violation.

     (b)    Defendant's criminal history category is VI.

     (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5.    The parties jointly recommended a modification of the conditions of Defendant's supervised release to include (a) the Defendant residing with his mother at her home located in Mount Vernon, Indiana, and (b) the Defendant is not to consume any alcohol.

     The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the above noted conditions set forth in the petition, and recommends that the Special Conditions of Defendant's supervised release [Dkt. 38 at 4] be MODIFIED to include the following conditions:

4. The defendant shall reside with his mother at her residence located at 1027 James Drive, Mount Vernon, Indiana.

5. The defendant shall not consume any alcohol.

The Defendant was released on his current conditions of supervised release pending the District Judge's action on this Report and Recommendation.

2

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties, on the record, waived the fourteen-day period to object to this Report and Recommendation.

Dated:  19 OCT 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system